UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| Yvonne L. Edey, ) | |
|         Plaintiff, ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | |
| Carolyn W. Colvin, ) | No. 7:14-CV-118-BO |
| Acting Commissioner of Social Security, ) | |
|         Defendant. ) | |
| ) | |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED AND DECREED** that the Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) and § 1383(c)(3) and remands the case to the Commissioner for further proceedings.

**This judgment filed and entered on December 29, 2014, and served on:**

Charlotte Williams Hall (via CM/ECF Notice of Electronic Filing)
David M. Mansfield (via CM/ECF Notice of Electronic Filing)

December 29, 2014                              /s/ Julie A. Richards,
                                                                      Clerk of Court